## Werner *v.* Werner, Appellant.

opinion by PITT, JR., J. Argued June 16, 1975. appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce in this case.

## Winpenny, Appellant, *v.* Winpenny.

opinion by JEROME, J. Argued June 13, 1975. *Leo A. Hackett,* with him *Fronefield, deFuria and Petrikin,* for appellant; *Bernard M. Berman,* submitted a brief for appellee.

OPINION PER CURIAM: Decree affirmed. Having made an independent review of the entire record, we are of the opinion that the court below properly granted a decree in divorce a.v.m. in this case.

## Wolf *v.* Kutner Buick, Inc., Appellant.

Argued June 13, 1975. *Gary Green,* with him *Wilbur Greenberg,* and *Sidkoff, Pincus, Greenberg & Golden,* for appellant; *James J. Martin,* and *Walder, Martin & Kresman,* submitted a brief for appellee.

Order affirmed.